IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.J. CHEN and JUN YAN, | |
| Plaintiffs, | No. C 11-06124 JSW |
| v. | |
| ELISA A. MARCAIDA, | **ORDER OF REMAND** |
| Defendant. | |

On March 12, 2012, the Court issued Defendant an Order to Show Cause ("OSC") why this case should not be remanded for lack of subject matter jurisdiction. Defendant's response to this Order to Show Cause was due by March 26, 2012. The Court admonished Defendant that her failure to respond to this Order to Show Cause by March 26, 2012 would result in the Court remanding this action without any further notice. To date, Defendant has not filed a response to the OSC. Accordingly, the Court HEREBY REMANDS this case to Alameda Superior Court.

**IT IS SO ORDERED.**

Dated: April 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

C.J. CHEN et al,

        Plaintiff,

 v.

ELISA A MARCAIDA et al,

        Defendant.
                                     /

Case Number: CV11-06124 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Elisa A. Marcaida
37660 Blacow Road
Fremont, CA 94536

Frederico R. Marcaida
37660 Blacow Road
Fremont, CA 94536

Dated: April 6, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk